# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD ALBERT GARZA, **Petitioner/Defendant,** v. UNITED STATES OF AMERICA, **Respondent/Plaintiff.** | Case No. CIV-11-279-RAW (Underlying Case No. CR-09-034-RAW) |

## **JUDGMENT**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the Order entered contemporaneously herewith, Judgment is hereby entered in favor of Respondent and against Petitioner.

IT IS SO ORDERED this 1st day of October, 2012.

**Dated this 1st day of October, 2012.**

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma